# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARTIN J. WALSH, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>PS TREE SERVICE, INC. and RONAN A. DE SOUZA,<br><br>Defendants. | Civil Action No. |

## **DECLARATION OF MARCELO M. BINI**

I, Marcelo M. Bini, declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury that the following is true and correct:

1. I am employed as an Investigator in the Boston District Office of the Wage and Hour Division, United States Department of Labor.

2. As an Investigator, I investigate the wages, hours, and other conditions and practices of employment of employers and others subject to the various statutes that the Department of Labor enforces, including the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. (the "FLSA" or "Act").

3. In the course of my duties, I regularly review and transcribe information from employers' payroll records and records of hours worked, interview workers, and collect and review other relevant information.

4. In 2021, the Boston District Office of the Wage and Hour Division began an investigation of PS Tree Service, Inc. ("PS Tree"). PS Tree is a tree services business with a principal office located at 42 South Shore Road, Holbrook, Massachusetts 02343.

1

5. During the course of the investigation, I gained personal knowledge of the following.

6. Daniel Chaves was an employee employed by PS Tree from around March 2020 to around September 2020.

7. During the entire period that Chaves worked for PS Tree, Chaves was a minor. Chaves is now 18 years old.

8. Ronan A. De Souza was one of Chaves's supervisors at PS Tree. De Souza is also the director and sole officer of PS Tree.

9. In the summer months, Chaves typically worked from 7:00 a.m. to approximately 6:00 p.m. on the weekdays and sometimes worked until 8:00 p.m. or 9:00 p.m. Chaves also worked on two Saturdays each month.

10. Chaves started by earning $14.00 per hour at PS Tree. In or around July 2020, Chaves's hourly wage increased to $15.00 per hour.

11. Neither PS Tree nor De Souza paid Chaves the overtime premium required by the FLSA for weeks in which Chaves worked more than 40 hours. Chaves never received from Defendants one and one-half times Chaves's regular rate of pay for overtime hours worked. Chaves always was paid by Defendants at Chaves's straight-time rate.

12. In addition, Chaves, who was a minor at the time, operated and cleaned a wood chipper during the workday. Chaves also regularly held and started a chainsaw for De Souza.

13. On or about June 4, 2021, in the course of my investigation of PS Tree, Chaves and Andreia Skinner provided me with statements concerning Chaves's work for PS Tree and De Souza. Skinner is Chaves's aunt, who also served as Chaves's legal guardian until the time Chaves turned 18. Chaves and Skinner currently live in the same house.

14. On or about June 27, 2021, De Souza sent Chaves messages on the texting application WhatsApp, in which De Souza expressed a belief that Skinner had made a complaint about PS Tree. De Souza's messages read: "She was the one who made the complaint about the company, I already found out. . . . Your aunt Andreia . . . Just tell her to relax because she runs much more risk than I do ok."[1]

15. On or about June 28, 2021, De Souza then sent Skinner multiple threatening messages on WhatsApp. When Skinner stated that Skinner intended to look for a lawyer because of De Souza's threats, De Souza replied: "Go right now otherwise tomorrow will be too late." De Souza also wrote to Skinner: "So, keep things to yourself otherwise you both will pay."

16. After receiving these text messages, on or about June 28, 2021, Skinner reported the incident to the police.

17. Skinner believes that De Souza also is threatening at least one other member of Chaves and Skinner's family.

18. Both Chaves and Skinner currently feel unsafe and are threatened by De Souza's ominous messages. They fear for their safety and the safety of their family members. Chaves and Skinner's fears are heightened by their experiences in or around December 2020 when De Souza would drive to their house and park outside.

---

[1] I am fluent in both English and Portuguese. I have translated to the best of my ability the messages quoted in Paragraphs 14 and 15 from Portuguese (the language in which the messages were originally sent) to English.

Executed on this 20th day of July, 2021.

_____
Marcelo M. Bini
Investigator
United States Department of Labor
Wage and Hour Division
John F. Kennedy Federal Building
15 New Sudbury Street, Room 525
Boston, MA 02203