UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARTIN J. WALSH, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>PS TREE SERVICE, INC. and RONAN A. DE SOUZA,<br><br>Defendants. | Civil Action No. 1:21-cv-11179 |

**PROPOSED ORDER GRANTING SECRETARY OF LABOR'S
MOTION FOR A TEMPORARY RESTRAINING ORDER**

Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* (the "FLSA" or "Act"), Plaintiff Martin J. Walsh, Secretary of Labor, United States Department of Labor (the "Secretary") has sought a temporary restraining order and preliminary injunction against Defendants PS Tree Service, Inc. and Ronan A. De Souza (collectively, "Defendants"). Under Rule 65 of the Federal Rules of Civil Procedure and Section 17 of the FLSA, 29 U.S.C. § 217, the Court hereby grants the Secretary's Motion for a Temporary Restraining Order (the "Motion")[1] and issues the following temporary restraining order, which shall be valid until further order of the Court:

1. Enjoining and restraining Defendants, their officers, agents, servants, and employees, and those persons in active concert or participation with Defendants, from violating the provisions of Section 15(a)(3) of the FLSA, 29 U.S.C. § 215(a)(3), by retaliating,

---

[1] A hearing on the Secretary's motion for a preliminary injunction shall be scheduled at a later date.

taking any adverse action, or threatening to take any adverse action against any current or former employee or their family because that employee asserted their rights under the FLSA. Among other prohibited acts of retaliation, Defendants shall not:

a. Harass or intimidate any employee or any employee's family members for purposes of inhibiting any employee's rights under the Act;

b. Make threats of harm or any other threat to any employee or any employee's family members for purposes of inhibiting any employee's rights under the Act;

c. Engage in any physical violence against any employee or any employee's family members for purposes of inhibiting any employee's rights under the Act; or

d. Instruct any employee not to speak to, or to provide false information to, the United States Department of Labor, or otherwise influence any employee with respect to their participation in any investigation conducted or legal proceeding brought by the United States Department of Labor.

2. Requiring Defendants to permit a representative of the Secretary to read aloud to all Defendants' employees, during employees' paid working hours, the statement attached to the Motion as Exhibit B (the "Statement"), informing the employees of their right to speak with representatives of the Secretary and to file complaints regarding possible wage and hour violations, free from retaliation or threats of retaliation or intimidation by Defendants or their agents; and

3. Requiring Defendants, within three (3) business days of this Order, to post at each worksite a copy of the Statement in English, Portuguese, Spanish, and any other language that may be necessary for workers to effectively understand the Statement, and provide each worker with a copy of the written Statement in English, Portuguese, Spanish, and

any other language that may be necessary for workers to effectively understand the Statement, with their next paycheck.

**SO ORDERED.**

Date:_____                    _____
                                                  United States District Judge