UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARTIN J. WALSH, Secretary of Labor, United States Department of Labor, | |
| Plaintiff, | Civil Action No. 1:21-cv-11179-NMG |
| v. | August 6, 2021 |
| PS TREE SERVICE, INC. and RONAN A. DE SOUZA, | |
| Defendants. | |

**JOINT MOTION TO APPROVE
CONSENT PRELIMINARY INJUNCTION AND ORDER**

Plaintiff Martin J. Walsh, Secretary of Labor, United States Department of Labor, and Defendants PS Tree Service, Inc. and Ronan A. De Souza hereby move the Court to approve the Consent Preliminary Injunction and Order attached hereto as Exhibit 1.

Respectfully submitted,

Seema Nanda
Solicitor of Labor

Maia S. Fisher
Regional Solicitor

Christine T. Eskilson
Deputy Regional Solicitor

/s/ Mark A. Pedulla
Mark A. Pedulla
Wage and Hour Counsel
MA BBO No. 685925
pedulla.mark.a@dol.gov

Emily V. Wilkinson
Trial Attorney

/s/ Thomas J. Flanagan, Jr.
Thomas J. Flanagan, Jr.
969 Main Street, Suite 201
Walpole, MA 02081
(774) 219-1394
Tflanaganlaw@comcast.net
BBO# 639392

Attorney for Defendants

1

U.S. Department of Labor
Attorneys for Plaintiff

Post Office Address:
U.S. Department of Labor
Office of the Solicitor
John F. Kennedy Federal Building
Room E-375
Boston, MA 02203
TEL: (617) 565-2500
FAX: (617) 565-2142

## Certificate of Service

      I hereby certify that on August 6, 2021, the foregoing Joint Motion to Approve Consent Preliminary Injunction and Order and the attached Exhibit 1 were filed electronically in the CM/ECF system and served on all registered participants as identified on the Notice of Electronic Filing, including counsel for Defendants:

>Thomas J. Flanagan, Jr.
969 Main Street, Suite 201
Walpole, MA 02081
(774) 219-1394
Tflanaganlaw@comcast.net
BBO# 639392

>/s/ Mark A. Pedulla
Mark A. Pedulla