UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARTIN J. WALSH, Secretary of Labor,
United States Department of Labor,

                    Plaintiff,                          Civil Action No. 1:21-cv-11179

          v.

PS TREE SERVICE, INC. and RONAN A.
DE SOUZA,

                    Defendants.

**ANSWER**

Now comes the defendants, PS Tree Inc. and Ronan Desouza, and through their attorney, with knowledge as to themselves and otherwise on information and belief, and answers to the Complaint as follows:

1.  Admitted.

2.  Admitted.

3.  Admitted.

4.  Admitted.

5.  Admitted

6.   Denied in part.  At the request of his aunt, Ms. Skinner, Daniel Chaves did perform work on an informal basis with Ronan de Souza on home improvement work at Mr. de Souza's home between March to June 2020, for which Mr. de Souza would give Mr. Chaves money.  Mr. Chaves worked for PS Tree from about June through September of 2020.

7.   Denied in part.  Chaves was an employee of PS Tree only from about June through September 2020.

8. Admitted.

9. Admitted.      The Defendants admit that Ronan de Souza, and his brother Paulo de Souza, both supervised Mr. Chaves, depending on the day, who was present and the particular work to be performed at the work site(s).

10.   Denied.  This was the approximate amount per hour paid by Ronan de Souza to Mr. Chaves at the time from March to June when Mr. Chaves assisted him with home improvement work at his residence.

11. Denied as to the timeframe, otherwise admitted.  This was the wage that Mr. Chaves was paid when he started working for PS Tree in June 2020.

12. Admitted.

13. Denied.  There were not regularly scheduled PS Tree Saturday work shifts as described herein, "two per month".  They would typically only be held if rain had cancelled jobs during the prior week.

14. Denied.

15. Denied

16. Denied.

17. Defendants are without sufficient information to admit or deny.

18. Denied.

19. Admitted.

20. Admitted.

21. Defendants are without sufficient information to admit or deny.

2

22.  Defendants are without sufficient information to admit or deny.

23. Defendants are without sufficient information to admit or deny where Mr. Chaves lives at this time.  The balance of the statement in paragraph 23 is admitted.

24. Denied.

25. Defendants are without sufficient information to admit or deny.

26. Defendants are without sufficient information to admit or deny.

27. Defendants are without sufficient information to admit or deny.

28. Defendants are without sufficient information to admit or deny.

29. Defendants are without sufficient information to admit or deny.

30. Defendants are without sufficient information to admit or deny.

31. Defendants are without sufficient information to admit or deny what Ms. Skinner believes.  The allegation by her is denied.

32. Defendants are without sufficient information to admit or deny.

33. Defendants are without sufficient information to admit or deny.

34. Defendants incorporate by reference and re-assert their answers to all of the foregoing allegations in the complaint.

35. Admitted.

36. Denied.

37. Denied.

The balance of the complaint consists of prayers for relief to which no responsive pleading is required.

## **AFFIRMATIVE DEFENSES**

### FIRST AFFIRMATIVE DEFENSE

The Defendants assert that the Complaint fails to state a claim upon which relief can be granted.

Respectfully Submitted,
For the Defendants,
By Their Attorney,


/s/ Thomas J. Flanagan, Jr.

_____
Thomas J. Flanagan, Jr.
BBO# 628686
969 Main Street, Suite 201
Walpole, MA 02081
774-219-1394
Tflanaganlaw@comcast.net


Date:    September 24, 2021




## **CERTIFICATE OF SERVICE**


I, Thomas J. Flanagan, Jr., hereby certify that on this 24th day of September, 2021, I caused a true copy of the within Answer to be served upon the parties in this case by sending a copy via email, as well as first class mail, postage prepaid, to attorneys Emily Wilkinson and Mark Padulla of the United States Department of Labor, Wage and Hour Division, JFK Federal Building, Room E-375, Boston, MA 02203.


/s/ Thomas J. Flanagan, Jr.

_____
Thomas J. Flanagan, Jr., Esq