UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARTIN J. WALSH, Secretary of Labor,
United States Department of Labor,

Plaintiff,

v.

PS TREE SERVICE, INC. and RONAN A.
DE SOUZA,

Defendants.

Civil Action No. 1:21-cv-11179-NMG

February 9, 2022

## **JOINT MOTION TO APPROVE CONSENT JUDGMENT AND ORDER**

Plaintiff Martin J. Walsh, Secretary of Labor, United States Department of Labor, and

Defendants PS Tree Service, Inc. and Ronan A. De Souza hereby move the Court to approve the

Consent Judgment and Order attached hereto as Exhibit 1.

**<u>For the Secretary</u>:**

Seema Nanda
Solicitor of Labor

Maia S. Fisher
Regional Solicitor

Mark A. Pedulla
Wage and Hour Counsel

/s/ Emily V. Wilkinson
Emily V. Wilkinson
Trial Attorney
wilkinson.emily.v@dol.gov
MA BBO No. 699512

U.S. Department of Labor
Attorneys for Plaintiff

Post Office Address:
U.S. Department of Labor
Office of the Solicitor
John F. Kennedy Federal Building
Room E-375
Boston, MA 02203
TEL: (617) 565-2500
FAX: (617) 565-2142

Date: February 9, 2022

**<u>For All Defendants</u>:**

/s/ Thomas J. Flanagan, Jr.
Thomas J. Flanagan, Jr.
Law Office of Thomas J. Flanagan, Jr.
969 Main Street, Suite 201
Walpole, MA 02081
(774) 219-1394
Tflanaganlaw@comcast.net
BBO# 639392

Attorney for Defendants

Date: February 4, 2022

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document, filed through the CM/ECF system on February 9, 2022, shall be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

<u>/s/ Emily V. Wilkinson</u>
Emily V. Wilkinson